WILLIAM J. RENSHAW, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

Reported below, 40 App. Div. 620.
(Submitted October 2, 1899; decided October 10, 1899.)

MOTION to place on present calendar an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 23, 1899, affirming a judgment in favor of defendant entered upon a decision of the court dismissing the complaint at a Trial Term, a jury having been waived.

The motion was made upon the ground that the speedy hearing and decision of the appeal is of public importance.

*James M. Hunt* for motion.

*John Whalen, Corporation Counsel,* opposed.

Motion denied, with ten dollars costs.